Columbus Appraisal Company, LLC.

# INVOICE

| | |
|---|---|
| **FROM:** | |
| Benjamin C. Todd | |
| Columbus Appraisal Company, LLC. | |
| 520 S. State St, Suite 186 | |
| Westerville, OH 43081 | |
| www.appraisecolumbus.com    info@appraisecolumbus.com | |
| Telephone Number: (614) 523-3390    Fax Number: | |

| INVOICE NUMBER |
|---|
| 20450 |
| **DATE** |
| 07/23/2020 |
| **REFERENCE** |

**Internal Order #:** 20450
**Lender Case #:**
**Client File #:** BK#20-51377
**Main File # on form:** 20450
**Other File # on form:** BK#20-51377
**Federal Tax ID:**
**Employer ID:**

**TO:**

Amourgis & Associates
4249 Easton Way
Suite 225
Columbus, OH 43219
**Telephone Number:** 330-535-6650    **Fax Number:**
**Alternate Number:**    **E-Mail:** bryanb@amourgis.com

## DESCRIPTION

| | |
|---|---|
| **Lender:** Amourgis & Associates | **Client:** Amourgis & Associates |
| **Purchaser/Borrower:** Client: Amourgis & Associates | |
| **Property Address:** 1600 Arlington Ave | |
| **City:** Columbus | |
| **County:** Franklin    **State:** OH | **Zip:** 43211 |
| **Legal Description:** 1600 ARLINGTON AVE WALDON LOT 17 | |

| FEES | AMOUNT |
|---|---:|
| BK-Franklin County-RVE-Interior | 395.00 |
| **SUBTOTAL** | 395.00 |

| PAYMENTS | AMOUNT |
|---|---:|
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | 0 |
| **TOTAL DUE** $ | 395.00 |

Form NIV3 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No. 20450

Dear Client,

Pursuant to your request for our appraisal services, the 'intended use' of this appraisal report is to determine the fair market value of the subject property as of the effective date of the appraisal for the US Bankruptcy Court, Southern District of Ohio. Furthermore, the 'intended use' is for the specific bankruptcy case number indicated in the request for appraisal services and within this appraisal report, and is specific to the 'scope of work' of this appraisal. Use of this appraisal associated with any other intended use, by any other intended user or for use in any other case number is strictly prohibited.

If you find that you have the need to file a new case number associated with the property that is the subject of this appraisal, please contact us so we can provide you with an updated appraisal.

If you have any questions regarding this, please don't hesitate to contact our office.

Sincerely,

Benjamin C. Todd
President/Chief Appraiser

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
1600 Arlington Ave
Columbus, OH 43211
1600 ARLINGTON AVE WALDON LOT 17

### FOR
Amourgis & Associates
4249 Easton Way, Suite 225
Columbus, OH 43219
BK#20-51377

### OPINION OF VALUE
$31,000

### AS OF
07/23/2020

### BY
Benjamin C. Todd
Columbus Appraisal Company, LLC
1993 Willow Glen Ln
Columbus, OH 43229
614-523-3390
info@appraisecolumbus.com
www.appraisecolumbus.com

| Borrower | | File No. | 20450 |
|---|---|---|---|
| | Client: Amourgis & Associates | | |
| Property Address | 1600 Arlington Ave | | |
| City | Columbus | County Franklin | State OH | Zip Code 43211 |
| Lender/Client | Amourgis & Associates | | |

## TABLE OF CONTENTS

Cover Letter .................................................................................................................................................................................... 1

Cover Page ..................................................................................................................................................................................... 2

Table of Contents ........................................................................................................................................................................... 3

Addendum Page .............................................................................................................................................................................. 4

Real Estate Value Estimate ............................................................................................................................................................ 5

Location Map ................................................................................................................................................................................... 6

SUBJECT PHOTOS ....................................................................................................................................................................... 7

SUBJECT PHOTOS ....................................................................................................................................................................... 8

Comparable Photos 1-3 ................................................................................................................................................................. 9

Limited Appraisal Departure Disclosure ....................................................................................................................................... 10

USPAP Identification .................................................................................................................................................................... 11

UAD Definitions Addendum ......................................................................................................................................................... 12

**Addendum Page**

File No. 20450

| Borrower | Client: Amourgis & Associates | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1600 Arlington Ave | | | | | | |
| City | Columbus | County | Franklin | State | OH | Zip Code | 43211 |
| Lender/Client | Amourgis & Associates | | | | | | |

**COMPLETE COPY:**
A complete copy of this appraisal report includes fourteen (14) pages. (Excluding the invoice)

**INTENDED USE:**
Pursuant to the clients order and the described 'scope of work', the 'intended use' of this appraisal report is to determine the fair market value as of the effective date of the appraisal for the US Bankruptcy Court, *Case #20-51377, in the Southern District of Ohio.
*Use in any other case is strictly prohibited.

**INTENDED USER:**
The 'intended user' is the specified client, Amourgis & Associates and the US Bankruptcy Court.  Use by any other party is strictly prohibited.  Any party receiving a copy of this Appraisal Report in order to satisfy disclosure requirements does not become an intended user of the appraisal unless the appraiser identifies such party as an intended user as part of the assignment.  No other intended users have been identified.
NOTE: This appraisal report is not intended for lending purposes.

**DISCLOSURE OF PRIOR SERVICES:**
I have performed services as an appraiser regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of the assignment.

**HIGHEST AND BEST USE:**
The subjects neighborhood has been analyzed for the 'highest and best' use.  It is the appraiser's opinion that the subjects current use is the 'highest and best' use as of the effective date of the appraisal.

**EXTRAORDINARY ASSUMPTION:**
**STANDARDS RULE 2-1 (c)**
1) I assume that the properties title is good and marketable, and will render no opinions about the quality of the title.
2) I assume that there are no hidden or unapparent conditions of the soil or subsoil that would render it more or less valuable.
NOTE: Use of the 'extraordinary assumption' might have affected the assignment results.

**REAL PROPERTY INTEREST APPRAISED:**
Fee Simple

**DEFINITION OF 'MARKET VALUE':**
Market Value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Source: Fannie Mae

**OPINION OF 'MARKET VALUE':**
Opinion of Value is in terms of cash or of financing terms equivalent to cash.

**COURT TESTIMONY/APPEARANCE:**
The appraiser will not give testimony or appear in court because he performed an appraisal of the subject property without compensation for such testimony.  Compensation for testimony is two hundred and fifty dollars ($250) for travel to and from the court, (US Bankruptcy Court, Columbus, OH) including the first hour in court, and one hundred dollars ($100) for each additional hour.

# REAL ESTATE VALUE ESTIMATE

## SUBJECT

Contact — Client: Amourgis & Associates
Census Tract: 0104.22  Map Reference: 18140
Property Address: 1600 Arlington Ave
Check one: ☒ SF  ☐ PUD  ☐ CONDO  ☐ 2-4 Units
City: Columbus  County: Franklin  State: OH  Zip Code: 43211
Phone No. Res.: NA  Loan Amount $: NA  Term: NA  Mos. Owner's Est. of Value $: NA

| No. of Rooms | No. of Bedrooms | No. of Baths | Family room or den | Gross Living Area | Garage/Carport (specify type & no.) | Porches, Patio or Pool (specify) | Central Air |
|---|---|---|---|---|---|---|---|
| 6 | 2 | 1.0 | ☐ Yes ☒ No | 1,144 Sq. Ft. | NA-on street | cvrdprch,deck | ☐ Yes ☐ No |

## FIELD REPORT

### NEIGHBORHOOD

Location: ☒ Urban  ☐ Suburban  ☐ Rural
Built Up: ☒ Over 75%  ☐ 25% to 75%  ☐ Under 25%
Growth Rate: ☒ Fully Dev.  ☐ Rapid  ☐ Steady  ☐ Slow
Property Values: ☐ Increasing  ☒ Stable  ☐ Declining
Demand/Supply: ☐ Shortage  ☒ In Balance  ☐ Oversupply
Marketing Time: ☐ Under 3 Mos.  ☒ 4-6 Mos.  ☐ Over 6 Mos.

Property Compatibility — Good ☐ Avg ☐ Fair ☒ Poor ☐
General Appearance of Properties — Good ☐ Avg ☐ Fair ☒ Poor ☐
Appeal to Market — Good ☐ Avg ☐ Fair ☒ Poor ☐

Present Land Use: 65% 1 Family  10% 2-4 Family  10% Apts.  5% Condo  10% Commercial  0% Industrial  0% Vacant  100% Total
Change in Present Land Use: ☒ Not Likely  ☐ Likely  ☐ Taking Place From _____ To _____
Predominant Occupancy: ☒ Owner  ☐ Tenant  ___% Vacant
S/F Price Range $: NA to $ NA  $ NA = Predominant Value
S/Family Age: NA yrs. to NA yrs.  Predominant Age: NA yrs.

Comments including those factors affecting marketability (e.g. public parks, schools, view, noise): The subject property is located in Columbus, Ohio and is served by the Columbus City School District. The area consist mainly of single-family residential properties with a mix of multi-family and commercial development. The market shows signs of stabilizing, but short sales and REO/HUD properties continue to be factor.

### SUBJECT PROPERTY

Approx. Yr. Blt. 19 23  # Units 1  # Stories 2
Type (det, duplex, semi/det. etc.): single family detached
Design (rambler, split, etc.): traditional
Exterior Wall Mat.: asbestos shingle  Roof Mat.: asphalt shingle
Is the property in a HUD-Identified Special Flood Haz. Area? ☒ No  ☐ Yes
Special Energy-Effic. Items: None.

PROPERTY RATING — Good / Avg / Fair / Poor
Condition of Exterior — ☐ ☐ ☐ ☒
Compatibility to Neighborhood — ☐ ☐ ☐ ☒
Appeal and Marketability — ☐ ☐ ☐ ☒

Comments (favorable or unfavorable incl. deferred maintenance): At the request of the client both the interior and exterior of the subject was inspected by the appraiser. The subject is extremely dated and in poor overall condition and in need of substantial repairs.

## MARKET COMPARABLE ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1600 Arlington Ave Columbus, OH 43211 | 1542 Republic Ave Columbus, OH 43211 | | 1421 E Blake Ave Columbus, OH 43211 | | 1410 E Maynard Ave Columbus, OH 43211 | |
| Proximity to Sub. | | 0.17 miles SW | | 0.55 miles SW | | 0.60 miles SW | |
| Sales Price | $ | $ 33,000 | | $ 33,000 | | $ 27,000 | |
| Date of Sale and | DESCRIPTION | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. |
| Time Adjustment | | 01/2020 | | 12/2019 | | 12/2019 | |
| Location | Columbus CSD | Columbus CSD | | Columbus CSD | | Columbus CSD | |
| Site/View | similar homes | similar homes | | similar homes | | similar homes | |
| Age | 97 | 90 | 0 | 94 | 0 | 94 | 0 |
| Condition | C5 - poor | C5 - poor | | C5 - poor | | C5 - poor | |
| Living Area Rm. Count and Total — Total/B-rms./Baths | 6 / 2 / 1.0 | 5 / 2 / 1.0 | | 5 / 2 / 1.0 | | 5 / 2 / 1.0 | |
| Gross Living Area | 1,144 Sq. Ft. | 986 Sq. Ft. | +1,900 | 1,266 Sq. Ft. | -1,500 | 972 Sq. Ft. | +2,100 |
| Air Conditioning | window | window | | window | | window | |
| Garage/Carport | NA | 1 car detached | -3,000 | NA | | NA | |
| Porches, Patio, Pools, etc. | cvrdprch,deck fence | cvrdprch fence, scrdprch | +1,500 -2,500 | cvrdprch fence | +1,500 | cvrdprch fence | +1,500 |
| Special Energy-Efficient Items | none noted | none noted | | none noted | | none noted | |
| Other | bsmt:no finish | bsmt:no finish | | bsmt:no finish | | bsmt:no finish | |
| Net Adjust (Total) | | ☐ + ☒ – | $ -2,100 | ☐ + ☐ – | $ | ☒ + ☐ – | $ 3,600 |
| Indicated Value Sub. | | | $ 30,900 | | $ 33,000 | | $ 30,600 |

General Comments: The comparable sales used in this report are considered to be the best, most similar comparable's available as of the effective date of the appraisal. They are indicative of properties the buying marketplace would consider to be similar and competing. Departure from USPAP Standards Rule 1-4(b) & 1-4(c) is noted within this report. **See 'Departure Disclosure'.**

Estimated Value $ 31,000 as of 07/23 2020

Completed By: Benjamin C. Todd
Signature: [signed]
Title: President/Chief Appraiser
Date: 08/06/2020

[Y2K]

# Location Map

| Borrower | Client: Amourgis & Associates | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1600 Arlington Ave | | | | | | |
| City | Columbus | County | Franklin | State | OH | Zip Code | 43211 |
| Lender/Client | Amourgis & Associates | | | | | | |



### SUBJECT PHOTOS

| Borrower | | | | | |
|---|---|---|---|---|---|
| | Client: Amourgis & Associates | | | | |
| Property Address | 1600 Arlington Ave | | | | |
| City | Columbus | County | Franklin | State OH | Zip Code 43211 |
| Lender/Client | Amourgis & Associates | | | | |



**LIVING ROOM**



**KITCHEN**



**KITCHEN**



**DINING ROOM**



**BEDROOM**



**BEDROOM**



**FULL BATH**



**BASEMENT-POTENTIAL MOLD**



**BASEMENT**



**DAMAGED FLOORING**



**DAMAGED CEILING**



**STAINED FLOORING**



**DAMAGED CEILING**



**DAMAGED CEILING**



**DAMAGED CEILING**

## SUBJECT PHOTOS

| Borrower | | | | | |
|---|---|---|---|---|---|
| | Client: Amourgis & Associates | | | | |
| Property Address | 1600 Arlington Ave | | | | |
| City | Columbus | County | Franklin | State OH | Zip Code 43211 |
| Lender/Client | Amourgis & Associates | | | | |


**FRONT SIDE**


**FRONT**


**FRONT SIDE**


**ROTTING WOOD – EXTERIOR**


**ROTTING WOOD – EXTERIOR**


**ROTTING WOOD – EXTERIOR**


**ROTTING WOOD – EXTERIOR**


**ROTTING WOOD – EXTERIOR**


**SIDING DAMAGE**


**OLD WINDOWS/STORM WINDOWS**


**DAMAGED ROOF**


**DECK**


**REAR VIEW**


**REAR**


**REAR**

## Comparable Photo Page

| Borrower | Client: Amourgis & Associates | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1600 Arlington Ave | | | | | |
| City | Columbus | County | Franklin | State OH | Zip Code | 43211 |
| Lender/Client | Amourgis & Associates | | | | | |



### Comparable 1

1542 Republic Ave

| | |
|---|---|
| Prox. to Subject | 0.17 miles SW |
| Sales Price | 33,000 |
| Gross Living Area | 986 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Columbus CSD |
| View | similar homes |
| Site | |
| Quality | |
| Age | 90 |

File Photo



### Comparable 2

1421 E Blake Ave

| | |
|---|---|
| Prox. to Subject | 0.55 miles SW |
| Sales Price | 33,000 |
| Gross Living Area | 1,266 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Columbus CSD |
| View | similar homes |
| Site | |
| Quality | |
| Age | 94 |

File Photo



### Comparable 3

1410 E Maynard Ave

| | |
|---|---|
| Prox. to Subject | 0.60 miles SW |
| Sales Price | 27,000 |
| Gross Living Area | 972 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1.0 |
| Location | Columbus CSD |
| View | similar homes |
| Site | |
| Quality | |
| Age | 94 |

File Photo

# LIMITED APPRAISAL DEPARTURE DISCLOSURE

This report is a Limited Appraisal made according to the binding and specific requirements of the Uniform Standards of Professional Appraisal Practice (USPAP) as promulgated by the Appraisal Standards Board of the Appraisal Foundation.  The Departure Rule permits departures from some sections of the USPAP that are classified as guidelines.  USPAP places the burden of proof on the appraiser to decide before accepting an assignment which calls for something less than, or different from, the work that would otherwise be required by USPAP guidelines, and to determine that the appraisal process is not so limited that the results of the assignment are no longer credible.  The appraiser must advise the client that a limited appraisal assignment may not be as reliable as a complete appraisal, and that the report must clearly identify and explain the departures.  The client must agree that the performance of a limited appraisal service would be appropriate, given the intended use.

☒ I am satisfied that the appraisal I performed is not so limited that the results of the assignment will tend to mislead or confuse the client or any other disclosed intended users of the report.  I have indicated below those specific sections of the USPAP from which I have departed.  I have prominently disclosed in the appraisal report that this is a limited appraisal and that I have not performed all of the items of the appraisal process for a complete appraisal, and that a limited appraisal may be less reliable than a complete appraisal.

☐ **Standards Rule 1-3 (a)** "identify and analyze the effect on use and value of existing land use regulations, reasonably probable modifications of such land use regulations, economic supply and demand, the physical adaptability of the real estate, and market area trends;"

Departure: _____
Explanation: _____

☐ **Standards Rule 1-3 (b)** "develop an opinion of the highest and best use of the real estate."

Departure: _____
Explanation: _____

☐ **Standards Rule 1-4 (a)** "When a sales comparison approach is applicable, an appraiser must analyze such comparable sales data as are available to indicate a value conclusion."

Departure: _____
Explanation: _____

☒ **Standards Rule 1-4 (b)** "When a cost approach is applicable, an appraiser must: (i) develop an opinion of site value by an appropriate appraisal method or technique; (ii) analyze such comparable cost data as are available to estimate the cost new of the improvements (if any); and (iii) analyze such comparable data as are available to estimate the difference between the cost new and the present worth of the improvements (accrued depreciation)."

Departure: In the residential owner-occupied market the sales comparison approach is the best and most reliable determination of value.
Explanation: The 'cost approach' is very subjective in nature as it relies on the age/life method and is not as reliable as the 'sales approach'.

☒ **Standards Rule 1-4 (c)** "When an income approach is applicable, an appraiser must: (i) analyze such comparable rental data as are available and/or the potential earnings capacity of the property to estimate the gross income potential of the property; (ii) analyze such comparable operating expense data as are available to estimate the operating expenses of the property; (iii) analyze such comparable data as are available to estimate rates of capitalization and/or rates of discount; and (iv) base projections of future rent and/or income potential and expenses on reasonably clear and appropriate evidence."

Departure: In the residential owner-occupied market the 'sales comparison' approach is the best and most reliable determination of value.
Explanation: The 'income approach' is not warranted as the subject property is not an income producing property.

☐ **Standards Rule 1-4 (d)** "When developing an opinion of the value of a leased fee estate or a leasehold estate, an appraiser must analyze the effect on value, if any, of the terms and conditions of the lease(s)."

Departure: _____
Explanation: _____

☐ **Standards Rule 1-4 (e)** "An appraiser must analyze the effect on value, if any, of the assemblage of the various estates or component parts of a property and refrain from valuing the whole solely by adding together the individual values of the various estates or component parts."

Departure: _____
Explanation: _____

☐ **Standards Rule 1-4 (f)** "An appraiser must analyze the effect on value, if any, of anticipated public or private improvements, located on or off the site, to the extent that market actions reflect such anticipated improvements as of the effective appraisal date."

Departure: _____
Explanation: _____

☐ **Standards Rule 1-4 (g)** "An appraiser must analyze the effect on value of any personal property, trade fixtures, or intangible items that are not real property but are included in the appraisal."

Departure: _____
Explanation: _____

☐ **Standards Rule 1-4 (h)** "When appraising proposed improvements, an appraiser must examine and have available for future examination: (i) plans, specifications, or other documentation sufficient to identify the scope and character of the proposed improvements; (ii) evidence indicating the probable time of completion of the proposed improvements; and (iii) reasonably clear and appropriate evidence supporting development costs, anticipated earnings, occupancy projections, and the anticipated competition at the time of completion."

Departure: _____
Explanation: _____

Additional Explanations:

| | | | |
|---|---|---|---|
| Borrower | Client: Amourgis & Associates | | File No. 20450 |
| Property Address | 1600 Arlington Ave | | |
| City Columbus | County Franklin | State OH | Zip Code 43211 |
| Lender/Client | Amourgis & Associates | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is <u>one</u> of the following types:

[X] Appraisal Report    (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

[ ] Restricted Appraisal Report    (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Reasonable Exposure Time
(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is: 10 to 30 days.

### Comments on Appraisal and Report Identification
Note any USPAP-related issues requiring disclosure and any state mandated requirements:  See Departure Disclosure.

---

**APPRAISER:**
Signature: _(signed) Benjamin C. Todd_
Name: Benjamin C. Todd
State Certification #:
or State License #: 2005004048
State: OH    Expiration Date of Certification or License: 06/22/2021
Date of Signature and Report: 08/06/2020
Effective Date of Appraisal: 07/23/2020
Inspection of Subject: [ ] None  [X] Interior and Exterior  [ ] Exterior-Only
Date of Inspection (if applicable): 07/23/2020

**SUPERVISORY or CO-APPRAISER (if applicable):**
Signature:
Name:
State Certification #:
or State License #:
State:    Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject: [ ] None  [ ] Interior and Exterior  [ ] Exterior-Only
Date of Inspection (if applicable):

BK#20-51377
File No. 20450

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

**Not Updated**
Little or no updating or modernization. This description includes, but is not limited to, new homes.
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**
The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**
Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |